HENRY BULLARD v. STATE.
No. A-1293.   Opinion Filed February 3, 1912.
Appeal from Comanche County Court; James H. Wolverton, Judge.
PER CURIAM.   On the 1st day of April, 1911, judgment was rendered against appellant for a violation of the prohibitory liquor law and his punishment was assessed at a fine of fifty dollars and thirty days' confinement in the county jail.   The transcript of the record was not filed in this court until August 5, 1911, which was one hundred and twenty-five days after the rendition of the judgment. As the time for perfecting the appeal had long since expired before the case reached this court, we did not acquire jurisdiction of the case and the appeal is therefore dismissed, with directions to the county court of Comanche county to proceed with the execution of its judgment.

J. W. GILLESPIE v. STATE.
Nos. A-629 and A-1363.   Opinion Filed February 21, 1912.
Appeals from Garfield County Court; Winfield Scott, Judge.
J. W. Gillespie was convicted for violation of the prohibition law, and appeals.   Appeals dismissed.
H. J. Sturgis, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for the State.
PER CURIAM.   Plaintiff in error, J. W. Gillespie, was convicted in the county court of Garfield county for violations of the prohibitory law, and in case No. A-629, was sentenced on the 13th day of November, 1909, to pay a fine of one hundred and fifty dollars and serve ninety days in the county jail; in case No. A-1363, he was sentenced on the 13th day of June, 1911, to pay a fine of five hundred dollars and be confined in the county jail for a period of six months.   The plaintiff in error has filed a motion to dismiss the appeals herein.   Upon such motions the appeals are accordingly dismissed.

G. A. JOHNSTON v. STATE.
Nos. A-1057, 1245, 1350.   Affirmed Orally March 6, 1912.

KELLEY COLLINS v. STATE.
No. A-584.   Opinion Filed March 6, 1912.
Appeal from Payne County Court; P. D. Mitchell, Judge.
Kelley Collins was convicted of violating the prohibitory law, and appeals.   Affirmed.
Freeman E. Miller for plaintiff in error.
Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.
PER CURIAM.   Plaintiff in error was convicted in the county court of Payne county on the 3rd day of November, 1909, on a charge of unlawfully conveying intoxicating liquor from one place in this state to another place therein, and was, on the 10th day of said month, sentenced to pay a fine of fifty dollars and be confined in the county jail for a period of sixty days.   After a careful examination of the record in this case we are of the opinion that the judgment of the trial court should be affirmed, and it is so ordered.   Let the mandate issue forthwith.